## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MICHAEL L. WAGNER,                                )
                                                 )
                        Plaintiff,               )
                                                 )
        v.                                       )        Civil Action No. 22-2571 (UNA)
                                                 )
UNITED STATES SOLICITOR GENERAL,                 )
                                                 )
                        Defendant.               )

## <u>MEMORANDUM OPINION</u>

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint.  The Court GRANTS plaintiff's application to proceed *in forma pauperis* (ECF No. 3) and for the reasons discussed below, DISMISSES the complaint (ECF No. 1) and this civil action without prejudice.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer.  *See Haines v. Kerner*, 404 U.S. 519, 520 (1972).  Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure.  *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987).  Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks.  Fed. R. Civ. P. 8(a).  The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies.  *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

As drafted, plaintiff's complaint fails to meet the minimal pleading standard set forth in Rule 8(a). According to plaintiff, antibacterial soaps and chemicals in disposable diapers are toxic, and he demands that this Court "Order a Total-Ban of Antibacterial Soap and Disposable Diapers containing dangerous chemicals." Compl. at 1. Missing from the complaint is a short and plain statement of a viable legal claim for relief this Court may order. Therefore, the Court will dismiss the complaint and this civil action without prejudice. An Order is issued separately.

DATE: January 19, 2023

/s/
CHRISTOPHER R. COOPER
United States District Judge